In the Matter of DOROTHY GURR and BARBARA M. GURR, Petitioners, Respondents, against VERNON E. GURR, Appellant.— Order entered May 31, 1938, in so far as it directs payment of the sum of five dollars weekly for the support of Dorothy Gurr, reversed upon the ground that she is not " unable to maintain herself " and is not " likely to become a public charge." (Dore, J., dissenting and voting for affirmance.)   Order entered May 31, 1938, directing payment in the sum of five dollars weekly for the support of Barbara M. Gurr, unanimously affirmed.   Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMALER REALTY COMPANY, INC., Respondent, v. TUDOR CITY FOURTH UNIT, INC., and FRED F. FRENCH MANAGEMENT COMPANY, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements.   This case could be disposed of without the necessity of a trial by the execution of a written agreement which would safeguard plaintiff's rights against any possible easement. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

GLADYS I. CRAGIN, Respondent, v. GEORGE G. ZABRISKIE and MARGARET STOCKTON, Appellants.— Judgment, and the order so far as appealed from, reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the findings of malice and want of probable cause are against the weight of the credible evidence.   Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; O'Malley and Townley, JJ., dissent and vote for affirmance.

WALTER A. KING, JR., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence.   Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; O'Malley and Callahan, JJ., dissent and vote for affirmance.

WILLIAM C. JACKSON and Others, Appellants, v. NEW YORK COTTON EXCHANGE, Respondent, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted.   No opinion. Settle order on notice.   Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LAURENCE J. COLWELL, Respondent, v. MARION L. HASLER COLWELL, Appellant. — Order denying defendant's motion to vacate and set aside the order for substituted service, to vacate and set aside the service of the summons and complaint, and to dismiss the action for lack of jurisdiction over the person of the defendant, unanimously affirmed, without costs.   Order denying defendant's motion to extend her time to answer or appear generally until the determination by this court of the appeal from the order entered July 11, 1938, so far as appealed from, unanimously modified by extending appellant's time to appear generally and answer until twenty days after service of order, and as so modified affirmed, without costs.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of GABRIELE GIORDANO.— Motion denied.   Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of WILLIAM H. GRIFFIN, JR.— Motion denied.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of HARRY J. LEVINE.— Motion denied.   Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.